# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

PLEASE RECEIPT AND RETURN

V.

HECTOR CABRERA,

**WARRANT FOR ARREST**

Magistrate Case No.

'06 MJ 2152

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST: HECTOR CABRERA
Name

2/12/08

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

__ Indictment __ Information X Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

The complaint charges defendant HECTOR CABRERA with bringing in illegal aliens for financial gain and aiding and abetting in violation of Title 8, United States Code, Sec. 1324(a)(2)(B)(ii) and Title 18, United States Code, Sec. 2.

ORDERED SEALED BY COURT

NOV 27 15 PM '06

Honorable Jan M. Adler
Name of Issuing Officer

United States Magistrate Judge
Title of issuing Officer

Signature of Issuing Officer

(By) Deputy Clerk

November 27, 2006, San Diego, California
Date and Location

Bail Fixed at $ To be determined

by Jan M. Adler
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |