FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HECTOR CABRERA, Defendant. | Criminal Case No. 08 CR0769-JAH |
| | **INFORMATION** |
| | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(ii) -- Bringing in Illegal Aliens For Financial Gain; Title 18 U.S.C., Sec. 2 -- Aiding and Abetting |

The United States Attorney charges:

On or about October 30, 2005, within the Southern District of California, defendant HECTOR CABRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, Andreia Vaz-DeAlmeida, Juliana Teles-Teofilo, and Floraci De Silva-Candida, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

DATED: 3/13/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney