AO 455(Rev. 5/85) Waiver of Indictment

FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

HECTOR CABRERA,

Defendant.

Criminal Case No. 08 CR 769 JAH

WAIVER OF INDICTMENT

I, HECTOR CABRERA, the above named defendant, who is accused of bringing in illegal aliens for financial gain and aiding and abetting in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and 18 U.S.C. § 2, being advised of the nature of the charges in the Information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

3/13/08
DATED

HECTOR CABRERA
Defendant

3/13/08
DATED

DONOVAN J. DUNNION, ESQ.
Counsel for Defendant

Before
HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge