FILED
MAR 1 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR CABRERA,<br>Defendant. | Criminal Case No. 08 CR. 769 JAH<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Anailde Trotman, Criminal Case No. 07CR2753-JAH.

DATED: March 13, 2008.

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant U.S. Attorney