FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HECTOR CABRERA, Defendant. | Criminal Case No. 08CR0769-JAH<br>**SUPERSEDING INFORMATION**<br>Title 8, U.S.C., Sec. 1324 (a)(2)(B)(ii) -- Bringing in Illegal Aliens For Financial Gain; Title 18, U.S.C., Sec. 201(b)(1)(C) – Bribery; Title 18, U.S.C., Sec. 2 -- Aiding and Abetting |

The United States Attorney charges:

<u>COUNT 1</u>

Since at least April 2005 and continuing up until March 2008, within the Southern District of California, and elsewhere, defendant HECTOR CABRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States more than 100 aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii) and Title 18, United States Code, Section 2.

COUNT 2

Since at least April 2005 and continuing up until June 26, 2006, within the Southern District of California, and elsewhere, defendant HECTOR CABRERA, did directly and indirectly, corruptly offered, promised to give, or gave United States Currency to public officials, that is, United States Border Patrol Agents, to do an act in violation of their official duties, that is failing to enforce the immigration laws of the United States, aiding and abetting the bringing in of illegal aliens, and transporting illegal aliens; all in violation of Title 18, United States Code, Sections 201(b)(1)(C) and Title 18, United States Code, Section 2.

DATED: 4/1/08

KAREN P. HEWITT
United States Attorney

TIMOTHY F. SALEL
Assistant United States Attorney