AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

v.

HECTOR CABRERA,

Defendant.

Criminal Case No. 08CR0769-JAH

WAIVER OF INDICTMENT

I, HECTOR CABRERA, the above named defendant, who is accused of (1) bringing in illegal aliens for financial gain in violation of 8 U.S.C. § 1324(a)(2)(B)(ii) and aiding and abetting in violation of 18 U.S.C. § 2, and (2) bribery in violation of 18 U.S.C. § 201(B)(1)(C) and aiding and abetting in violation of 18 U.S.C. § 2, being advised of the nature of the charges in the Superseding Information and of my rights hereby waives in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

4/1/08
DATED

HECTOR CABRERA
Defendant

4/1/08
DATED

DONOVAN J. DUNNION, ESQ.
Counsel for Defendant

Before HONORABLE ANTHONY J. BATTAGLIA
United States Magistrate Judge

FILED
APR - 1 2008
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY