DONOVAN J. DUNNION
Attorney At Law
State Bar No. 70713
402 West Broadway Suite 2700
San Diego, California 92101

(619)231-8688

Attorney for **Defendant HECTOR CABRERA**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HON. JOHN HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HECTOR CABRERA,<br>Defendant | Case No. 08 CR 769 JAH<br><br>AKNOWLEDGEMENT OF NEXT HEARING DATE |

I , Hector Cabrera acknowledge that my next hearing is on Tuesday, January 20, 2009, at 9:00 a.m. I promise to appear at that place and time.

IT IS SO STIPULATED AND AGREED.

Dated________________________ ____________________________________
HECTOR CABRERA
Defendant